**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON CALLIER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ASPIRE LAW GROUP, PLLC,** a Michigan Professional Limited Liability Company, **STUART MATTHEW DORF,** and **SOLACE FINANCIAL GROUP, PLLC,** a California Limited Liability Company<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-cv-00523-DCG** |

**NOTICE OF VOLUTARY DISMISSAL OF CLAIMS**

Plaintiff Brandon Callier files the Notice of Voluntary Dismissal pursuant to Fed. R. Civ P. 41(a)(1)(A)(i). Plaintiff's claims against Defendants Aspire Law Group, PLLC, Stuart Matthew Dorf, and Solace Financial Group PLLC are dismissed with prejudice.

Dated: May 7, 2026,

Respectfully submitted,

/s/ Brandon Callier
Brandon Callier
Plaintiff, Pro Se
1490A George Dieter Drive
#174
El Paso, Texas 79936
915-383-4604
Callier74@gmail.com