**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON CALLIER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ASPIRE LAW GROUP, PLLC,** a Michigan Professional Limited Liability Company, **STUART MATTHEW DORF,** and **SOLACE FINANCIAL GROUP, PLLC,** a California Limited Liability Company<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-cv-00523-DCG** |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendants Aspire Law Group, PLLC, Stuart Matthew Dorf, and Solace Financial Group, PLLC it is this,

_____ day of _______________, 2026,

**ORDERED** that Plaintiff's Motion to Dismiss **with prejudice** against all Defendants be and is hereby

**GRANTED:**

**SO ORDERED**

______________________________
**JUDGE DAVID C. GUADERRAMA**
**United States District Judge**